In the Matter of H. P. HOOD & SONS, INC., Appellant, against C. CHESTER DU MOND, as Commissioner of Agriculture and Markets of the State of New York, Respondent.

Reargued October 14, 1949; decided October 20, 1949.

*John R. Titus* for appellant.

*Robert G. Blabey* and *Donald L. Brush* for respondent.

Upon reargument: Order of Appellate Division reversed and determination of the Commissioner of Agriculture and Markets annulled and the Commissioner of Agriculture and Markets directed to issue the license applied for by the petitioner, with costs in this court and in the Appellate Division. No opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and BROMLEY, JJ.